**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, dba ISP SERVICES, | No. C 07-0996 SI |
| Plaintiff, | **ORDER PERMITTING E-FILING BY PLAINTIFF BROSNAN** |
| v. | |
| CHRISTOPHER J. MUNGER, CASH FLOW INC., JESUS CHAVEZ and DOES 1-100, | |
| Defendants.        / | |

Pro se plaintiff John Brosnan has requested leave to participate in e-filing;. Leave is GRANTED.

**IT IS SO ORDERED.**

Dated: May 25, 2007

SUSAN ILLSTON
United States District Judge