IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C 07-00996 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| CHRISTOPHER J. MUNGER, CASH FLOW INC., JESUS CHAVEZ, and DOES 1-100, | |
| Defendants. / | |

Plaintiff filed this complaint on February 16, 2007. The docket shows an entry on August 10, 2007, from plaintiff purporting to show service on all defendants on June 12, 2007. On August 10, 2007, the Court held a case management conference, which plaintiff attended by phone. Since that time, nothing has been received from any party and no formal appearances have been made.

IT IS THEREFORE ORDERED THAT PLAINTIFF SHOW CAUSE IN WRITING, ON OR BEFORE FEBRUARY 15, 2008, WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE.

Dated: February 4, 2008

SUSAN ILLSTON
United States District Judge