IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C 07-00996 SI |
| Plaintiff, | **ORDER RE: MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| CHRISTOPHER J MUNGER, CASH FLOW INC., JESUS CHAVEZ, and DOES 1-100, | |
| Defendants.     / | |

Plaintiff filed this complaint on February 16, 2007. The docket shows an entry on August 10, 2007, from plaintiff purporting to show service on all defendants on June 12, 2007. On August 10, 2007, the Court held a case management conference, which plaintiff attended by phone. After the case management conference, nothing was received from any party and no formal appearances were made. On February 4, 2008, the Court ordered that plaintiff show cause by February 15, 2008 why this case should not be dismissed for failure to prosecute. On February 14, 2008, defendant moved for an entry of default and filed a response to the order to show cause. Defendant stated that he was preparing to prove his damages and requested additional time from the Court to make this showing. On February 25, 2008, default was entered as to all defendants. Nothing has been received from any party and no formal appearances have been made since February 14, 2008.

The action has been characterized from its start, over 21 months ago, by delay and inaction. Accordingly, it is ordered that plaintiff file a motion for entry of default judgment, in writing and supported by appropriate documentation, no later than **December 19, 2008**. Plaintiff is notified that if he does not meet this deadline this action will be dismissed with prejudice for failure to prosecute

pursuant to Rule 41(b), Federal Rules of Civil Procedure; *see Link v. Wabash R. Co.*, 370 U.S. 626, 629-30 (1962).

**IT IS SO ORDERED.**

Dated: 12/5/08

_____
SUSAN ILLSTON
United States District Judge