1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6               FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHN BROSNAN,                                No. C 07-00996 SI

9                Plaintiff,                       **JUDGMENT**

10      v.

11   CHRISTOPHER J MUNGER, CASH FLOW
     INC., JESUS CHAVEZ, and DOES 1-100,
12
                Defendants.
13   _____/

14
          Plaintiff's motion for entry of default judgment is granted.  Judgment in the amount of $28,050
15
     is entered in favor of plaintiff and against all defendants.
16

17

18        **IT IS SO ORDERED AND ADJUDGED.**

19
                                                 _____
20   Dated: 2/2/09
21                                               SUSAN ILLSTON
                                                 United States District Judge
22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California